FORM OBD-101    Formerly USA-18
8-27-74

**RULE 20—TRANSFER NOTICE**   CR 05-316-08-ESH

| TO: | DISTRICT | DATE |
|---|---|---|
| **NAME OF SUBJECT** Jorge Aguilar | **STATUTE VIOLATED** 21 USC 959 | **FILE DATA (Initials and Number)** |

## PART A—DISTRICT OF ARREST

☐ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the charges pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

☐ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20. Docket No. _____

☐ Other (Specify):

**FILED**
MAY 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

☐ The above-named defendant entered a plea of guilty under Rule 20.
DATE OF PLEA    DATE OF SENTENCE    SENTENCE

Re: US v. Aguilar

| FROM (Signature and Title) | ADDRESS |
|---|---|
| Paul Laymon Trial Attorney, DOJ | 1400 New York Ave NW Suite 8410 Washington DC 20005 |

## PART B—DISTRICT OF OFFENSE

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at ___ on ___ at ___ o'clock. (Kindly notify me of any anticipated delay.)

☐ Enclosed are two certified copies of indictment or information. Docket No. _____

☐ Please have defendant execute waiver of indictment.

☐ Other (Specify):

| SIGNATURE (Name and Title) | DISTRICT | DATE |
|---|---|---|
| Paul Laymon | DOJ Dist of Columbia | 16 May 07 |

See United States Attorneys Manual, Title 2, pp. 11-16.2 and United States Attorneys Bulletin (Appendix) Vol. 9, No. 20, October 6, 1961, for an explanation of procedures under Rules 7 and 20, Federal Rules of Criminal Procedure. See also Title 4, p. 44.1, United States Attorneys Manual.

DOJ

TOTAL P.002