Clerk, U.S. District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Room 1225
Washington, D.C. 20001

May 22, 2007

Clerk, U.S. District Court
 for the Southern District
 of Florida
150 Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128

In re: Rule 20 transfer for CR 05-316-08-ESH
U.S.A. vs Hector Eduardo Aguilar

Dear Clerk,

Pursuant to Rule 20 of the Federal Rules of Criminal Procedure, please find enclosed certified copies of Consent to Transfer of Case for Plea and Sentence, Rule 20 Transfer Notice, Superseding Indictment and docket sheet for this case.

Kindly indicate on the copy of this letter the date you received the documents and the case number assigned to the case.

Very truly yours,

NANCY MAYER-WHITTINGTON, CLERK

By: *Linda Pugh, (202) 354-3173*
Deputy Clerk

Enclosures
cc: Paul Laymon, D.O.J. Trial Attorney
     Washington, D.C.