Clerk, U.S. District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Room 1225
Washington, D.C. 20001

May 22, 2007

Clerk, U.S. District Court
for the Southern District
of Florida
150 Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128

**FILED**

JUN 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In re: Rule 20 transfer for CR 05-316-08-ESH
U.S.A. vs Hector Eduardo Aguilar

Dear Clerk,

Pursuant to Rule 20 of the Federal Rules of Criminal Procedure, please find enclosed certified copies of Consent to Transfer of Case for Plea and Sentence, Rule 20 Transfer Notice, Superseding Indictment and docket sheet for this case.

Kindly indicate on the copy of this letter the date you received the documents and the case number assigned to the case.

Very truly yours,

NANCY MAYER-WHITTINGTON, CLERK

By: *Linda Pugh*, (202) 354-3173
     Deputy Clerk

Enclosures
cc: Paul Laymon, D.O.J. Trial Attorney
    Washington, D.C.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

## 07-20440-CR-ALTONAGA/TURNOFF

CR CASE NUMBER: 05-316(ESH)

UNITED STATES OF AMERICA

vs.

HECTOR EDUARDO AGUILAR,

Defendant.
_____/

**FILED**
MAY 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FILED by ___ D.C.
ELECTRONIC
JUN 5, 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### Consent to Transfer of Case for Plea and Sentence

I, HECTOR EDUARDO AGUILAR, defendant, having been informed that an indictment is pending against me in the above-styled case, wish to plead guilty to the offense charged. I hereby consent, pursuant to Fed. R. Crim. P. 20, to the transfer of this case to the Southern District of Florida. I additionally agree to the ultimate disposition of this case in the Southern District of Florida, and waive all further proceedings, including trial, in the District of Colombia.

Dated: _____May 7,_____, 2007

_____[signature]_____
HECTOR EDUARDO AGUILAR, Defendant

(Witness) _____[signature]_____, Esq.

_____[signature]_____
Attorney for Defendant

Approved:

_____[signature]_____
PAUL LAYMON
Department of Justice
Trial Attorney

_____[signature]_____
R. ALEXANDER ACOSTA
United States Attorney for the
Southern District of Florida

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By _____[signature]_____
Deputy Clerk